James R. Lance, Esq. (SBN 147173)
  jlance@noonanlance.com
Micaela P. Banach, Esq. (SBN 226656)
  mbanach@noonanlance.com
Genevieve M. Ruch, Esq. (SBN 285722)
  gruch@noonanlance.com
**NOONAN LANCE BOYER & BANACH, LLP**
701 Island Avenue, Suite 400
San Diego, California 92101
Telephone: (619) 780-0880
Facsimile: (619) 780-0877

Joel M. Androphy (*Pro Hac Vice*)
  jandrophy@bafirm.com
Victoria R. Mery (*Pro Hac Vice*)
  vmery@bafirm.com
Justin Pfeiffer (SBN 248306)
  jpfeiffer@bafirm.com
**BERG & ANDROPHY**
3704 Travis Street
Houston, Texas 77002
Telephone: (713) 529-5622
Facsimile: (713) 529-3785

Attorneys for Plaintiff RYAN UEHLING

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN UEHLING,<br><br>  Plaintiff,<br><br>v.<br><br>MILLENNIUM LABORATORIES, INC.,<br><br>  Defendant. | Case No.: 16-CV-02812-L-MDD<br><br>**PLAINTIFF'S PRETRIAL DISCLOSURES**<br><br>Judge:       Hon. M. James Lorenz<br>Magistrate:  Hon. Mitchell D. Dembin |

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's March 25, 2018 Order Re: Joint Motion to Continue Deadline (Doc. No. 129), Plaintiff Ryan Uehling submits the following pretrial disclosures.

1

{02153566}

**Case No. 16-CV-02812-L-MDD**

I.  **WITNESSES**

    A.  **Witnesses Plaintiff Expects to Present**

        1.  Howard Appel – via deposition testimony
        2.  Ryan Asadoor
        3.  Jeanne Bonell – via deposition testimony
        4.  Joel Bramer – via deposition testimony if unavailable
        5.  Andrea Treese Berlin
        6.  Renee Bryan
        7.  Craig Deligdish
        8.  Elizabeth Renee Field – via deposition testimony if unavailable
        9.  Haran Levy
       10.  Gilbert Lopez – via deposition testimony if unavailable
       11.  Lori Martin – via deposition testimony if unavailable
       12.  Elizabeth Peacock – via deposition testimony if unavailable
       13.  Jodi Strain – via deposition testimony if unavailable
       14.  Ryan Uehling
       15.  Ed Zicari – via deposition testimony if unavailable

    B.  **Witnesses Plaintiff May Present**

        1.  Denise Devlin Amen – via deposition testimony if unavailable
        2.  Nicholas DePriest – via deposition testimony
        3.  Brian Fowler – via deposition testimony
        4.  Wendy Johnson
        5.  Michael Loucks – via deposition testimony
        6.  Tim Malone
        7.  Nicole Moberg – via deposition testimony
        8.  Kelly Nelson – via deposition testimony if unavailable
        9.  Sara Roodbari – via deposition testimony if unavailable

## II. **EXHIBITS**

Plaintiff's list of exhibits that it expects to offer and may offer at trial is attached hereto as Exhibit A.

Dated: June 25, 2018                         NOONAN LANCE BOYER & BANACH LLP

By: /s/ *Genevieve M. Ruch*
James R. Lance
Micaela P. Banach
Genevieve M. Ruch
Attorneys for Plaintiff RYAN UEHLING