James R. Lance, Esq. (SBN 147173)
  jlance@noonanlance.com
Micaela P. Banach, Esq. (SBN 226656)
  mbanach@noonanlance.com
Genevieve M. Ruch, Esq. (SBN 285722)
  gruch@noonanlance.com
**NOONAN LANCE BOYER & BANACH, LLP**
701 Island Avenue, Suite 400
San Diego, California  92101
Telephone: (619) 780-0880
Facsimile: (619) 780-0877

Joel M. Androphy (*Pro Hac Vice*)
  jandrophy@bafirm.com
Victoria R. Mery (*Pro Hac Vice*)
  vmery@bafirm.com
Justin Pfeiffer (SBN 248306)
  jpfeiffer@bafirm.com
**BERG & ANDROPHY**
3704 Travis Street
Houston, Texas 77002
Telephone:  (713) 529-5622
Facsimile:  (713) 529-3785

Attorneys for Plaintiff RYAN UEHLING

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN UEHLING,<br><br>         Plaintiff,<br><br>    v.<br><br>MILLENNIUM LABORATORIES, INC.,<br><br>         Defendant. | Case No.: 16-CV-02812-L-MDD<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PRETRIAL DISCLOSURES**<br><br>Judge:     Hon. M. James Lorenz<br>Magistrate:  Hon. Mitchell D. Dembin |

Pursuant to Rule 26(a)(3)(B) of the Federal Rules of Civil Procedure, Plaintiff Ryan Uehling ("Plaintiff") hereby submits the following objections to the pretrial disclosures of Defendant Millennium Laboratories ("Defendant").  In addition to these specific objections, Plaintiff reserves the right to, and anticipates filing, motions *in limine,* and making objections at trial, which will address the specifics of Defendant's trial witness testimony and/or trial exhibits.

1

## I.    <u>WITNESS LIST</u>

Plaintiff objects to the following witnesses identified in Defendant's Pretrial Disclosures:  Susan Joseph, Andrew Marbach, and Kristen Baker.  Plaintiff objects on the grounds that these witnesses were not previously disclosed by Defendant in its Initial Rule 26 Disclosures or in response to any discovery requests.  As such, Defendant is precluded from calling these witnesses at trial.

Federal Rule of Civil Procedure 26(a)(1)(A)(i) provides that parties are required to disclose the names of individuals that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.  If a witness will be used for both impeachment and to support the party's claims or defenses, the witness must be disclosed.  *Id.*; *Newsome v. Penske Truck Leasing Corp.*, 437 F.Supp.2d 431, 435 (D. Md. 2006).  A party who fails to make the required initial disclosure is not allowed to use that witness to supply evidence at trial, unless the failure to comply with the disclosure requirements was "substantially justified" or "harmless."  Fed. R. Civ. Proc. 37(c)(1).

Defendant served its Initial Rule 26 Disclosures on March 27, 2017.  None of these witnesses were disclosed at that time.  Defendant served a First Supplemental Rule 26 Disclosure on November 9, 2017.  Again, none of these witnesses were disclosed.  All three of these untimely disclosed witnesses are current employees of Defendant Millennium Health.  Defendant has known about the existence of these witnesses throughout the entire course of this lawsuit.  There is no substantial justification for Defendant's failure to disclose three witnesses upon whom it intends to rely on at trial.

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

2

{02173872}

**Case No. 16-CV-02812-L-MDD**

## II.   EXHIBIT LIST

Plaintiff objects to Defendant's blanket confidentiality designation on nearly every single trial exhibit without regard to whether the document contains any actual confidential, non-public and/or proprietary information.  Simply stamping "confidential" on a document does not mean the document should be sealed and public access denied.  (See Dkt. 116.)  Aside from "grand jury transcripts and warrant materials in the midst of a pre-indictment investigation," a strong presumption applies in favor of public access to judicial records.  *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  A party seeking to seal a judicial record bears the burden of overcoming the strong presumption of public access by meeting the "compelling reasons" standard.  *Id*. at 1178.  Plaintiff contends that there are no compelling reasons to shield any of Defendant's "confidential" trial exhibits from the public record during trial.

### Expected Documents or Other Exhibits

|   | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| A. | 2010 Millennium Laboratories, Inc. Employee Handbook | ML000348-402 | 1 |
| B. | 9/2010 Medicare Compliance Policy Manual | ML000522-662 | 1 |
| C. | 5/2011 Millennium Laboratories, Inc. Employee Handbook | ML000403-468; Ex. 7, Uehling Dep. | 1 |
| D. | 9/6/2011 Millennium Laboratories, Inc. Sales Representatives Travel and Expense Reimbursement Policy | ML002371-2377 | 1 |
| E. | Uehling Wage Statements (2009-2011) | ML000078-000201 | 2, 7 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

**Case No. 16-CV-02812-L-MDD**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| F. | R. Uehling Expense Report Detail | ML002079-2363 | 2, 7 |
| G. | Uehling resume | Ex. 1, Uehling Dep. | 6 |
| H. | 7/8/2009 Offer of Collaboration as Independent Contractor letter to Uehling | ML000025-26; Ex. 2, Uehling Dep. | 1 |
| I. | Uehling Contractor Agreement and Exhibits A and B to same | ML000009-15 | 1 |
| J. | 11/12/2009 email from Robert West to "All Millennium Employees" regarding Reporting Compliance Violations (signed by Uehling) | ML000070; Ex. 39, Uehling Dep. | 1 |
| K. | 11/22/2009 Offer of Employment letter to Uehling | ML000035-36; Ex. 5, Uehling Dep. | 1 |
| L. | 9/6/2010 Uehling Confidentiality Agreement and Addendum | ML000045-53 | 1 |
| M. | 11/9/2010 Offer of Promotion letter to Uehling | ML000055-59; Ex. 6, Uehling Dep. | 1 |
| N. | 1/31/2011 email from Uehling to Appel and Garza regarding RE: Questions regarding termination | ML000800-803; Ex. 26, Bramer Dep. | 10 – Objection to redactions |
| O. | 2/1/2011 email from Uehling to jaygee512@gmail.com regarding Fwd: Update on Monica Lewinsky | ML001348-1349; Ex. 30, Uehling Dep. | 2, 3, 7, 9 |
| P. | 2/3/2011 email from Toby Juvenal to Uehling regarding Why Men need BIG Boats | ML001352-1367; Ex. 28, Uehling Dep. | 2, 3, 7, 9 |
| Q. | 2/11/2011 email from Uehling to "Team" regarding FW: Recalculation of pricing for Dr. | ML001379-1381; Ex. 36, Uehling Dep. | 10 – Objection to redactions |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

4

{02173872}

**Case No. 16-CV-02812-L-MDD**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| | REDACTED | | |
| R. | 2/14/2011 email from Bramer to "Team" regarding January Numbers | ML001021-1022; Ex. 8, Uehling Dep. | 1 |
| S. | 2/16/2011 emails between Uehling and Greg Pitcher regarding Re: The Swinging sixties | ML001383-1391; Ex. 27, Uehling Dep. | 2, 3, 7, 9 |
| T. | 2/22/2011 Employment Application by Uehling | ML000030-34; Ex. 4, Uehling Dep. | 1 |
| U. | 3/2/2011 email from Uehling to Bramer regarding Re: February Sales Results | ML001400-1402; Ex. 9, Uehling Dep. | 10 – Objection to redactions |
| V. | 3/2011 emails between Nelson and Uehling regarding FW: Interview tomorrow: Millennium LA | ML000665-666; Ex. 23, Uehling Dep. | 2, 3, 6 10 – Objection to redactions |
| W. | 3/13-14/2011 emails between Uehling and Jennifer Clark regarding Training | ML001410-1411 | 1 |
| X. | 4/1/2011 emails between Worley, DePriest, Bristol and Bonell regarding March Sales Numbers | ML001959-1960; Ex. 4, Bonell Dep.; Ex. 3 DePriest Dep. | 1 |
| Y. | 4/1/2011 email from Uehling to Bramer and Nelson regarding sales targets for your teams | ML000898; Ex. 16, Bramer Dep.; Ex. 10, Uehling Dep. | 1 |
| Z. | 5/6/2011 emails between Uehling and Appel regarding hey | ML001063-1064; Ex. 44, Uehling Dep. | 1 |
| AA. | 5/9/2011 emails between Joel Bramer and Ryan Uehling regarding April Sales | ML001065-1066 | 1 |
| AB. | 5/26/2011 email from Uehling | ML001457-1459; Ex. | 1 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

**Case No. 16-CV-02812-L-MDD**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| | to "West" regarding FW: Consensus Urged on UDT: A MUST READ | 34, Uehling Dep. | |
| AC. | 6/2/2011 email from Bramer to "Team" regarding May Sales results | ML001075-1076; Ex. 11, Uehling Dep. | 10 – Objection to redactions |
| AD. | 6/13/2011 Email from Peacock to Bonell regarding Analysis | ML001950; Ex. 6, Bonell Dep., Ex. 19, Uehling Dep. | 3, 6 |
| AE. | 6/15/2011 email from Nelson to "Southwest Team" regarding 1st 10 days of June | ML000668-669; Ex. 12, Uehling Dep. | 1 |
| AF. | 6/15/2011 email from Bramer to "Team" regarding June Performance to date | ML000670-672; Ex. 13, Uehling Dep. | 1 |
| AG. | 6/20/2011 emails between Uehling and Bramer regarding PIP | ML001083-1087 | 1 |
| AH. | 7/1/2011 email from Peacock to "Ryan" regarding RE: June Sales Results | ML000673-675; Ex. 18, Uehling Dep. | 10 – Objection to redactions |
| AI. | 8/22/2011 emails between Uehling and Appel regarding Troubled Account update | ML000751-754; Ex. 37, Uehling Dep. | 10 – Objection to redactions |
| AJ. | 8/24/2011 email from Bonell to Bristol regarding Fwd:  First 15 days of August | ML002018-2020; Ex. 7, Bonell Dep. | 1 |
| AK. | 9/7/2011 email from Appel to Uehling regarding Trouble Practices CP | ML000690-692 | 1 |
| AL. | 9/8/2011 emails between Peacock and Uehling regarding RE: Improved Custom profiles needed – Ryan | ML001227-1229; Ex. 21, Uehling Dep. | 1 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

**Case No. 16-CV-02812-L-MDD**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| AM. | 9/24/2011 email from Peacock to Darrick Gagner regarding Ryan Uehling's expenses | ML000998-1000 | 1 |
| AN. | 10/10/2011 email from Bramer to Uehling regarding FW: 1st Five days of October | ML000910-911; Ex. 19, Bramer Dep.; Ex. 14, Uehling Dep. | 1 |
| AO. | 10/12/2011 email from Nelson to "Team" regarding New Accounts analysis!! MUST READ AND RESPOND!! | ML00700-701; Ex. 15, Uehling Dep. | 1 |
| AP. | 10/14/2011 email from Uehling to "Team" regarding FW: HMO is Seattle recommending UDT | ML001730-1731; Ex. 35, Uehling Dep. | 1 |
| AQ. | 10/20/2011 email from Nelson to Bonell regarding RE: Documentation | ML000760-764; Ex. 11, Bonell Dep.; Ex. 25, Bramer Dep.; Ex. 32, Uehling Dep. | 1 |
| AR. | 10/27-28/2011 emails between Appel and Peacock regarding RE: Issues | ML000714-715 | 1 |
| AS. | Talon Executive Services Report regarding Uehling | ML000469-521 | 3, 6 |
| AT. | 11/4/2011 email between Bonell and Appel regarding Phone Conversation | ML001971-1972; Ex. 16, Bonell Dep. | 3, 6 |
| AU. | 11/8/2011 email from Uehling to "Team" regarding RE: 1st 5 days of November & Region Growth Strategies | ML000914-915; Ex. 20, Bramer Dep.; Ex. 16, Uehling Dep. | 1 |
| AV. | 11/9/2011 email from Nelson to "Southwest Team" regarding First 7 days | ML000707-708; Ex. 17, Uehling Dep. | 1 |
| AW. | 11/16/2011 email from | ML001800; Ex. 17, | 1 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

**Case No. 16-CV-02812-L-MDD**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| | Peacock to "team" regarding Organizational Structure | Bonell Dep.; Ex. 4, DePriest Dep.; Ex. 41, Uehling Dep. | |
| AX. | 11/15/11 Email from Heidi Smith to Cindi Feldman regarding Termination | ML000064 | 1 |
| AY. | 11/16/11 Employee Status Change Form regarding Uehling | ML000063 | 1 |
| AZ. | 11/16/2011 Letter to Uehling from Howard Appel | ML000065 | 1 |
| BA. | 11/22/2011 email from Appel to Peacock regarding Re: Comp for Nicole | ML000722-726 | 3, 6 |
| BB. | 11/30/2011 Offer of Promotion – Revised letter to Moberg | ML002385-2389 | 1 |
| BC. | 12/2/11 Employee Status Change Form regarding Nicole Moberg | ML002391 | 1 |
| BD. | 1/2010 – 11/2011 Spreadsheet re sales total | ML002367; Ex. 3, Bonell Dep.; Ex. 2, DePriest Dep. | 3, 6 |
| BE. | 12/3/2011 email from Bonell to Bramer regarding Re: Final November Sales | ML000916-917; Ex. 22, Bramer Dep. | 1 |
| BF. | 12/4/2011 email from Moberg to Nelson regarding SW and Kelly-Feedback | ML000755-757 | 3, 6 |
| BG. | 12/5/2011 email from Moberg to Bramer regarding NW Feedback | ML000709-713; Ex. 23, Bramer Dep. | 3, 6 |
| BH. | 12/20/2011 email from Bristol to Bonell regarding Fw:  First days of December – Nicole | ML000716-718; Ex. 18, Bonell Dep.; Ex. 5, DePriest Dep. | 3, 6 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

**Case No. 16-CV-02812-L-MDD**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| | Moberg's schedule | | |
| BI. | 12/31/2011 email from Bristol to Moberg regarding Fw: The West | ML001843-1845; Ex. 20, Bonell Dep.; Ex. 6, DePriest Dep. | 3, 6 |
| BJ. | 5/8/2012 email from Moberg to Kristen Baker and Joel Bramer regarding ML Family and attachment | ML002066-2071 | 2, 3, 6 |
| BK. | 6/3/2012 email from Bristol to Bonell regarding Re: WEST ATH….AGAIN! | ML001869-1872; Ex. 21, Bonell Dep. | 2, 3, 6 |
| BL. | 7/24/2012 email from Bristol to Peacock regarding Fw: Tuesday | ML001867-1868 | 2, 3, 6 |
| BM. | 7/27/2012 emails between DePriest and Moberg regarding Also… | ML002038-2040; Ex. 7, DePriest Dep. | 2, 3, 6 10 – Objection to redactions |
| BN. | 8/30/2012 emails between Jason Bristol and Sales Representatives regarding Thursday | ML002033-2034 | 2, 3, 6 |
| BO. | 9/3/2012 email from Moberg to "West P$$$'s" regarding On to September! | ML001864-1866 | 2, 3, 6 |
| BP. | 9/5/2012 email from Garza to Appel regarding FW: Sales Terminations | ML001846-1851 | 2, 3, 6 |
| BQ. | 11/1/2012 email from Moberg to "West P$$$'s" regarding Western Domination | ML001856-1859; Ex. 22, Bonell Dep.; Ex. 8, DePriest Dep. | 2, 3, 6 |
| BR. | 2/14/2013 letter to Moberg regarding Your revised commission structure and Exhibit B | ML002393-2394 | 1 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| BS. | 12/24/2013 letter to Moberg regarding Your revised commission structure | ML002398 | 1 |
| BT. | 8/19/2014 letter to Kristen Baker regarding promotion to Regional Sales Director | ML002405-2408 | 2, 3, 6 |
| BU. | 8/29/2014 Memo from Millennium to Moberg regarding Changes to Employee Status (promotion to Regional VP West) | ML002399 | 1 |
| BV. | 8/29/2014 Memo to Kristen Baker regarding Change to Employee Status (promotion to Regional Director) | ML002404 | 2, 3, 6 |
| BW. | 2/27/2015 letter to Kristen Baker regarding Your revised commission structure | ML002409-2410 | 2, 3, 6 |
| BX. | 2/25/2016 letter to Kristen Baker regarding Compensation Plan | ML002412-2421 | 2, 3, 6 |
| BY. | 8/30/2016 Memo to Moberg regarding Quarterly EBITDA Bonus | ML002402 | 2, 3, 6 |
| BZ. | 9/1/2016 Memo to Kristen Baker regarding Quarterly EBITDA Bonus | ML002422 | 2, 3, 6 |
| CA. | 10/13/2016 Status Change Request Form (Moberg) regarding Promotion to Chief Sales Officer | ML002403 | 2, 3, 6 |
| CB. | 10/26/2016 Memo to Kristen Baker regarding 2016 Q4 EBITDA Replacement Bonus | ML002423-2424 | 2, 3, 6 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

**Case No. 16-CV-02812-L-MDD**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| CC. | Amendment to April 1, 2017 Commission Agreement – Regional Director (Kristen Baker) | ML002425-2429 | 2, 3, 6 |
| CD. | 4/1/2017 Commission Agreement – Regional Director (Kristen Baker) | ML002430-2439 | 2, 3, 6 |
| CE. | Nicole Moberg Compensation Info (2012-2015) | ML000793-797 | 1 |
| CF. | Kristen Baker Compensation Info (2014-2017) | ML002440-2446, 798-799 | 1 |
| CG. | Urine Specimen Volume Reports | ML002364-2370 | 3, 6 |
| CH. | 2011 – 2013 Sales Volume (8/2011 – 12/2013) | ML000765-766 | 3, 6 |
| CI. | 2011 to 2015 Sales Volume | ML002379-2381 | 3, 6 |
| CJ. | Defendant Millennium Health LLC's 8/16/2017 Expert Witness Disclosure (enclosing Garza Report, Including Exhibits A to E thereto) | Exs. 163, 171-175, Garza Dep. | 2, 3, 6, 7, 9 |
| CK. | Defendant Millennium Health LLC's 9/13/2017 Rebuttal Expert Witness Disclosure (enclosing Zimmer Report and related Exhibits) | Ex. 252, 256, Zimmer Dep. | 1 |
| CL. | Schedule I – Zimmer's rebuttal calculations of Plaintiff's damages | Ex. 257, Zimmer Dep. | 1 |
| CM. | Excerpts from Uehling Dep. Transcript (*Kelly Nelson v. Millennium Laboratories, Inc., et al.*) | ML002540-3390 | 10 – no page/line citations are noted; deposition excerpts should |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| | | | be read to the jury and not presented as an exhibit |
| CN. | Excerpts from Kelly Nelson Dep. Transcript and Ex. 15 from Dep. (*Kelly Nelson v. Millennium Laboratories, Inc., et al.*) | ML002502-2529 | 10 – deposition excerpts should be read to the jury and not presented as an exhibit |
| CO. | Excerpts from Nicole Moberg Dep. Transcript (*Kelly Nelson v. Millennium Laboratories, Inc., et al.*) | ML2530-2536 | 10 – deposition excerpts should be read to the jury and not presented as an exhibit |
| CP. | Excerpts from Uehling Dep. Transcript (*Millennium Laboratories v. Allied World Assurance Company*) | ML002540-2641 | 10 – no page/line citations are noted; deposition excerpts should be read to the jury and not presented as an exhibit |
| CQ. | Uehling 2010 Income Tax Returns | UE0027759-27767, 27798-27822 | 2, 10 – privacy |
| CR. | Uehling 2011 Income Tax Returns | UE0027826-27844 | 10 – privacy |
| CS. | Uehling 2012 Income Tax Returns | UE0027845-27862 | 10 – privacy |
| CT. | Uehling 2013 Income Tax Returns | UE0027863-27889 | 10 – privacy |
| CU. | Uehling 2014 Income Tax Returns | UE0027890-27897 | 10 – privacy |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| CV. | Uehling 2015 Income Tax Returns | UE0027898-27939 | 10 – privacy |
| CW. | Uehling 2016 Income Tax Returns | UE0029200-29213 | 10 – privacy |
| CX. | Subpoena to Michael Cuttone (December 2017) and related documents produced in response | Ex. 2, Cuttone Deposition; Ex. 10, Cuttone Deposition | 2, 3, 6, 10 – privacy |
| CY. | Uehling's Form W-2 Statements | UE0029166, 29196, 27797, 29083, 29084, 29086, 29085, 29087, 27795, 29088, 29214, 27796 | 10 – privacy |
| CZ. | Uehling's Form 1099 Statements | UE00291958, 27823, 27824, 29100, 29099, 27942 | 10 – privacy |
| DA. | Mallinckrodt U.S. Holdings, Inc. Declaration of Custodian of Records, Business Records Affidavit and attached records | | 2, 3, 6, 10 – privacy |
| DB. | Precision Toxicology, LLC. Declaration of Custodian of Records, Business Records Affidavit and attached records | | 2, 3, 6, 10 – privacy |
| DC. | Email from Elizabeth Peacock to Ryan Uehling re Reno CSS dated 10/10/11 | ML001281-ML001284 | 1 |
| DD. | Email from Ryan Uehling to Sales Representatives re laffer dated 10/21/11, and attachments | UE0011563-UE0011565, UE 0011566-11611 | 3, 6 |
| DE. | 2//9/11 email from Ryan Uehling regarding "Cup | ML 001377 | 1 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| | Agreements | | |
| DF. | Reserved Exhibit | | |
| DG. | Reserved Exhibit | | |
| DH. | Reserved Exhibit | | |
| DI. | Reserved Exhibit | | |
| DJ. | Reserved Exhibit | | |
| DK. | Reserved Exhibit | | |
| DL. | Reserved Exhibit | | |
| DM. | Reserved Exhibit | | |
| DN. | Reserved Exhibit | | |
| DO. | Reserved Exhibit | | |
| DP. | Reserved Exhibit | | |
| DQ. | Reserved Exhibit | | |
| DR. | Reserved Exhibit | | |
| DS. | Reserved Exhibit | | |
| DT. | Reserved Exhibit | | |
| DU. | Reserved Exhibit | | |
| DV. | Reserved Exhibit | | |
| DW. | Reserved Exhibit | | |
| DX. | Reserved Demonstrative | | |
| DY. | Reserved Demonstrative | | |
| DZ. | Reserved Demonstrative | | |
| EA. | Reserved Demonstrative | | |
| EB. | Reserved Demonstrative | | |
| EC. | Reserved Demonstrative | | |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

14

{02173872}                                                    **Case No. 16-CV-02812-L-MDD**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION/ DEPOSITION EXHIBIT NO. | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| ED. | Reserved Demonstrative | | |
| EE. | Reserved Demonstrative | | |
| EF. | Reserved Demonstrative | | |
| EG. | Reserved Demonstrative | | |

**Documents or Other Exhibits if Need Arises**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION / DEPOSITION EXHIBIT NO | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| A. | Uehling 6/29/2009 HIPPA Employee Confidentiality Agreement | ML000037 | 1 |
| B. | Millennium Laboratories, Inc. 2009 Employee Handbook | ML000293-000347 | 1 |
| C. | Uehling 11/21/2009 HIPPA Employee Confidentiality Agreement | ML000038 | 1 |
| D. | Regional Sales Manager Job Description | ML000289-292 | 3, 6 |
| E. | 11/24/2009 Agreement Regarding Confidentiality | ML000039-44 | 1 |
| F. | 1/17/2011 email from Peacock to Appel and Uehling regarding FW: Schools Insurance limiting UDT testing & frequency | BARU0000277-282; Ex. 38, Uehling Dep. | 2, 3, 6 |
| G. | 1/18/2011 email from Uehling to bryan_ells2009@yahoo.com | ML001342-1347; Ex. 29, Uehling Dep. | 2, 7, 9 |
| H. | 1/26-27/2011 emails between Peacock and Uehling regarding Dominion Labs slandering Millennium | ML001011-1013 | 1 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

**Case No. 16-CV-02812-L-MDD**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION / DEPOSITION EXHIBIT NO | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| I. | 2/11/2011 email from Steffin Kutzman to Uehling re FW: | ML001016-1020; Ex. 31, Uehling Dep. | 2, 3, 7, 9 |
| J. | 3/30/2011 email from Uehling to charitygraham78@yahoo.com regarding FW: Air Confirmation GRAHAM/CHARITY RENEE – W2AXAJ | ML001430-1431 | 2, 7, 9 |
| K. | 4/20/2011 emails between Jody Krohn and Uehling regarding Ameritox Response | ML001056 | 1 |
| L. | 5/5/2011 Employee Compliance Code of Conduct & Certification | ML000076 | 1 |
| M. | 5/15/2011 email from John Clark to Uehling regarding HRH Contact Info | ML001337; Ex. 26, Uehling Dep. | 2, 3, 6, 7, 9 |
| N. | 5/23/2011 email from Cindi Feldman to Uehling regarding Excessive Meal Costs | ML001073 | 2, 3, 6 |
| O. | 6/6/2011 Email from Kelly Nelson to Ryan Uehling regarding May numbers and June goals | ML001077-78 | 1 |
| P. | 6/10/2011 email from Peacock to Bramer and Uehling regarding Confidential Information | ML001460-1461; Ex. 5, Bonell Dep.; Ex. 18, Bramer Dep. | 1 |
| Q. | 7/6/2011 emails between Uehling and Peacock regarding Rachel LA South | ML001478-1480 | 1 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

**Case No. 16-CV-02812-L-MDD**

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION / DEPOSITION EXHIBIT NO | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| R. | 7/12/2011 email from Uehling to Peacock regarding First pass at the response to Myles | ML000678-681 | 1 |
| S. | 8/1/2011 email from Peacock to Worley, Bristol, DePriest, and Uehling regarding FW: Troubled Practices needing immediate action | ML000682; Ex. 20, Uehling Dep. | 1 |
| T. | 8/2/2011 email from Uehling to Peacock regarding Fwd: Performance Improvement Plan – August | ML001550-1555 | 1 |
| U. | 8/24/2011 email from Uehling to Peacock regarding Impact of Practices Profiles? | ML 001638-1639 | 1 |
| V. | 8/31/2011 email from Appel to Uehling regarding FW: Uehling | ML000686-687 | 1 |
| W. | 9/1/2011 emails between Uehling and Peacock regarding Tier 2 practices that could use some help | ML000688-689 | 1 |
| X. | 9/1/2011 email from Peacock to DePriest, Worley, Bristol, and Uehling regarding Tier 2 practices that could use some help | ML001209-1213 | 1 |
| Y. | 9/5/2011 email from Nelson to "Southwest Team" regarding August numbers!! | ML001216-1218 | 1 |
| Z. | 9/2011 emails between Uehling and Dave Sutton regarding Loan Items | ML001242-1244; Ex. 3, Uehling Dep. | 2, 3, 6, 7, 9 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

17

Case No. 16-CV-02812-L-MDD

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION / DEPOSITION EXHIBIT NO | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| AA. | 10/10/2011 emails between Uehling and Peacock regarding RE: Reno CSS | ML000697-699 | 1 |
| AB. | 10/19/2011 email from Bonell to Egan regarding Documentation | ML001994-1999; Ex. 8, Bonell Dep. | 1 |
| AC. | 10/20/2011 email from Egan to Bonell regarding October 29 docxDocumentation | ML001942-1944; Ex. 9, Bonell Dep. | 1 |
| AD. | 10/20/2011 email from Bonell to Nelson regarding Documentation | ML001811-1814; Ex. 10, Bonell Dep. | 1 |
| AE. | 10/21/2011 email from Bonell to Egan regarding Fwd: Documentation | ML001974-1978; Ex. 12, Bonell Dep. | 1 |
| AF. | 10/21/2011 email from Egan to Bonell regarding Documentation – RU 10-20-11 | ML001934-1937; Ex. 13, Bonell Dep. | 1 |
| AG. | 10/21/2011 email from Egan to Bonell regarding Documentation on RU 10-20-11 | ML001938-1942; Ex. 14, Bonell Dep. | 1 |
| AH. | 10/20/2011 email from Bonell to Egan regarding Joel | ML000912-913; Ex. 15, Bonell Dep. | 1 |
| AI. | 11/21/2011 email from Peacock to Heidi Smith regarding Expense policy | ML00925-927 | 1 |
| AJ. | 12/3/2011 email from Bramer to "Team" regarding Final November Sales | ML001925-1927 | 1 |
| AK. | 12/31/2011 emails between Moberg and Bonell regarding Re: The West | ML001922-1924; Ex. 19, Bonell Dep. | 1 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

18

Case No. 16-CV-02812-L-MDD

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION / DEPOSITION EXHIBIT NO | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| AL. | 1/1/2012 email from Bramer to "Northwest Team" regarding Final December Numbers NW all time high in December | ML000918-919; Ex. 24, Bramer Dep. | 1 |
| AM. | 1/17/2012 email from Moberg to Jesse Seery regarding Jesse Feedback | ML002076-2078 | 2, 3, 6 |
| AN. | 2/1/2012 email from Nicole Moberg to Kristen Baker | ML002072-2074 | 3, 6 |
| AO. | 3/4-5/2012 emails between Moberg and Christopher Morano regarding Another record month | ML002048-2051 | 2, 3, 6 |
| AP. | 1/1/2013 Commission Program document for Moberg (not signed) | ML002392 | 3, 6 |
| AQ. | 2/1/2013 Sales Request Form (Moberg) regarding change in commission | ML002395 | 3, 6 |
| AR. | 12/2013 emails between Cosima San, Moberg, and others regarding Craig Happel – Baseline Change | ML002396-2397 | 3, 6, 10 – objection to redactions |
| AS. | 6/2/2015 Commission Eligibility Policy (signed by Kristen Baker) | ML002411 | 3, 6 |
| AT. | 6/4/2015 Commission Eligibility Policy (signed by Moberg) | ML002400 | 3, 6 |
| AU. | Uehling Facebook Groups | Ex. 24, Uehling Dep. | 2, 3, 6, 7, 9, 10 – failure to timely produce in accordance with FRCP 26 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

19

{02173872}

Case No. 16-CV-02812-L-MDD

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION / DEPOSITION EXHIBIT NO | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| AV. | Uehling Facebook Likes | Ex. 25, Uehling Dep. | 2, 3, 6, 7, 9, 10 – failure to timely produce in accordance with FRCP 26 |
| AW. | Curriculum Vitae of Paul A. Zimmer, MBA, CPA | | 1 |
| AX. | Printout of the home page of Brinig Taylor Zimmer | Ex. 251, Zimmer Dep. | 1 |
| AY. | Curriculum Vitae of Peter Garza | Ex. 163, Garza Dep. | 2, 3, 6 |
| AZ. | 8/16/2017 Ruehling Laptop Analysis | Ex. 172, Garza Dep. | 2, 3, 6, 7, 9 |
| BA. | Ruehling Laptop Analysis Memeo Backup Database Files | Ex. 173, Garza Dep. | 2, 3, 6, 7, 9 |
| BB. | 8/16/2017 Ruehling Laptop Analysis – Shellbags Listing 11/28/114 Files That Are Now Deleted | Ex. 174, Garza Dep. | 2, 3, 6, 7, 9 |
| BC. | 8/16/2017 Ruehling Laptop Analysis – Windows  Link Files | Ex. 175, Garza Dep. | 2, 3, 6, 7, 9 |
| BD. | Excerpt from Elizabeth Peacock Dep. Transcript (*Kelly Nelson v. Millennium Laboratories, Inc., et al.*) | ML002486-2489 | 10 – deposition excerpts should be read to the jury and not presented as an exhibit |
| BE. | Uehling's 7/28/2017 Responses to Millennium Health, LLC's Special Interrogatories, Set One | | 1 |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

Case No. 16-CV-02812-L-MDD

| | DOCUMENT DESCRIPTION | BATES NO. IDENTIFICATION / DEPOSITION EXHIBIT NO | PLAINTIFF'S OBJECTION(S) |
|---|---|---|---|
| BF. | Uehling's 8/24/2017 *Supplemental* Responses to Millennium Health, LLC's Special Interrogatories, Set One | | 1 |
| BG. | Uehling's 9/15/2017 *Further Supplemental* Responses to Millennium Health, LLC's Special Interrogatories, Set One | | 1 |
| BH. | Uehling's 10/12/2017 Responses to Millennium Health, LLC's Special Interrogatories, Set Two | | 1 |
| BI. | Uehling's 10/12/2017 Supplemental Responses to Millennium Health, LLC's Special Interrogatories, Set Two | | 1 |
| BJ. | October 22, 2016 Letter from Michael Cuttone to Brian Glessner | Ex. 10, Cuttone Dep. | 2, 3, 6 |
| BK. | October 3, 2017 Letter from Michael Cuttone to Internal Revenue Service | Ex. 10, Cuttone Dep. | 2, 3, 6 |
| BL. | Uehling 2014 IRS Form 1096's | Ex. 10, Cuttone Dep. | 2, 3, 6, 10 – privacy |
| BM. | Uehling 2014 IRS Form 1099's | Ex. 10, Cuttone Dep. | 2, 3, 6, 10 – privacy |
| BN. | Peter Garza Expert File | | 2, 3, 6, 7, 9 |
| BO. | Paul Zimmer Expert File | ZIMMER000001-740 | 2, 3, 6, 7, 10 – privacy |

GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE 801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 – Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

21

1   Dated:  July 16, 2018                    NOONAN LANCE BOYER & BANACH LLP

2

3                                    By:   */s/ Micaela P. Banach*
                                          James R. Lance
4                                         Micaela P. Banach
                                          Genevieve M. Ruch
5                                         Attorneys for Plaintiff RYAN UEHLING

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   GROUNDS FOR OBJECTION: 1 - No objection: Admissibility Stipulated; 2 - Irrelevant (FRE 401, 402); 3 - Hearsay (FRE
     801, 802); 4 - Best Evidence (FRE 1002); 5 - Inadmissible Opinion (FRE 701, 702); 6 - Insufficient Foundation / Knowledge
28   (FRE 602, 901); 7 - Prejudicial, Confusing or Waste of Time (FRE 403); 8 - Subsequent Remedial Measures (FRE 407); 9 –
     Improper Character Evidence (FRE 404); 10 - Other (Specify)

{02173872}

22

**Case No. 16-CV-02812-L-MDD**